AO 442 (Rev. 11/11) Arrest Warrant

FILED 19 MAR '25 8:41 USDC-ORP

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

**ORIGINAL**

United States of America

v.

MISAEL ORTIZ-MARTINEZ

_____

*Defendant*

)
)
)
)
)
)

Case No.    3:22-cr-00306-HZ

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **MISAEL ORTIZ-MARTINEZ**                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute Methamphetamine

Date:    09/07/2022

City and State:    **Portland, OR**

**s/S. Behrends**
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

### Return

This warrant was received on *(date)* 9/7/2022 , and the person was arrested on *(date)* 9/7/2022
at *(city and state)* PORTLAND, OR .

Date: 3/18/2025

OBO - OR ATF
*Arresting officer's signature*

DUSM
*Printed name and title*